```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                       ATHENS DIVISION
```

JOSEPH G. MARTIN,                *

    Plaintiff,               *

vs.                              *
                                        CASE NO. 3:12-CV-161 (CDL)
CAROLYN W. COLVIN, Commissioner  *
of Social Security,
                                 *
    Defendant.

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on September 26, 2013 (ECF No. 13) and amended on September 30, 2013 (ECF No. 14).  Neither party has filed an objection to this Recommendation as amended and as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge as amended, which affirms the Commissioner's decision, and makes it the order of this Court.

IT IS SO ORDERED, this 7th day of November, 2013.

                                                 s/Clay D. Land
                                                  CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE